**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DANIEL IRELAND                                                                    PLAINTIFF

V.                                          1:14CV00010-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

Based on the Order entered today, it is Considered, Ordered and Adjudged that the decision

of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice

IT IS SO ORDERED this 22nd day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE